Mark D. SHANZ, Appellant,

v.

Joseph PARDOE; D. Schubert; Bill Welker; Mike Hayes; Ronald Mobley; Terry Barnett; Vanessa Draffen; Bonnie Barnett; Michael Groose; Cranston Mitchell; Dora Schriro; Stephen Libhart; Kelly Dills; Ansel Card; Jill McGuire, Appellees.

No. 00–1397.

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 6, 2001.

Decided Feb. 7, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Missouri inmate Mark Shanz appeals the adverse grant of summary judgment by the District Court[1] in his 42 U.S.C. § 1983 suit against prison officials. Shanz claimed defendants violated his constitutional rights by requiring him to attend a substance abuse program and issuing him sanctions for refusing to attend. After careful review of the record and the parties' briefs, we conclude that the District Court did not err in granting summary judgment for the reasons stated in its thorough opinion.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.